## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 277 MAL 2018

       Respondent                  :

                                      :    Petition for Allowance of Appeal from
                                      :    the Order of the Superior Court

            v.                       :

KENNETH BYRON DAVENPORT,       :

          Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.